AO 91
Rev. 11/82

**CRIMINAL COMPLAINT**

ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GREGORY FRANCIS McCABE** | Docket No. **SA 06-0015M**<br><br>MAGISTRATE'S CASE NO. |

| Complaint for violation of Title 18 United States Code § 2422(b) | | |
|---|---|---|
| NAME OF MAGISTRATE JUDGE<br>ARTHUR NAKAZATO | UNITED STATES<br>MAGISTRATE<br>JUDGE | LOCATION<br>Santa Ana, CA<br>FILED JAN 11 2006 |
| DATE OF OFFENSE<br>07/2005 to 01/10/2006 | PLACE OF OFFENSE<br>Orange County | Address of ACCUSED (IF KNOWN)<br><br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SOUTHERN DIVISION OF SANTA ANA<br>BY _____ DEPUTY |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Beginning in or around July 2005 and continuing to on or about January 10, 2006, in Orange County within the Central District of California, GREGORY FRANCIS McCABE used a facility or means of interstate commerce to attempt to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely California Penal Code Sections 288 (Lewd Act on a Child) and 288a (Oral Copulation).

LODGED
CLERK, U.S. DISTRICT COURT
JAN 11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>D.B. Finta, SPECIAL AGENT - Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>**ARTHUR NAKAZATO** | DATE January 11, 2006 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: RYL;vr

JAN 18 2006

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Special Agent D. B. Finta, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed by the FBI since July 1998. I am currently assigned to a multi-agency child exploitation task force known as the Southern California Regional Sexual Assault Felony Enforcement Team ("SAFE Team"). Among my responsibilities are enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2251, et seq., in the Central District of California. I am also responsible for the investigations involving the importation and distribution of child pornography. During my career as a Special Agent, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to the investigations of organized crime, narcotics trafficking, fraud, money laundering, extortion, and prostitution. During the investigations of these cases, I have executed and participated in the execution of numerous search warrants, and seized evidence of those violations. This affidavit is in support of a complaint, charging GREGORY FRANCIS McCABE with 18 U.S.C. § 2422(b):

Attempted Use Of An Interstate Facility To Entice A Minor To Engage In A Criminal Sexual Act.

2. The statements in this Affidavit are based in part on information provided by other law enforcement officers and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that probable cause exists that McCABE violated Title 18, United States Code, Section 2422(b).

I. **APPLICABLE LAW**

3. Title 18, United States Code Section 2242(b) makes it a crime for any person using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

4. California law prohibits a person from committing a lewd or lascivious act on a child (California Penal Code § 288) and from performing or receiving oral copulation on/from a minor (California Penal Code § 288a).

## II.  INVESTIGATION

    5.  I spoke with Postal Inspector Ryan Amstone of the United States Postal Inspection Service who advised me that he placed an electronic posting on "Craig's List," an Internet based company which provides storage space, for a price, for those wishing to place ads.  The posting read:

> I'm a single father with a daughter. I'm constantly working since I'm a single dad, so I'm looking for a mature man to guide my daughter.  If interested, please email me at dalhach at sbcglobal.net.

    6.  I reviewed e-mails received by PI Amstone in response to this ad.  From my review, I learned that on July 21, 2005, at 9:03 pm, "Afunguyinoc@aol.com" replied to the ad writing:

> saw your ad and very interested in what your ad said. Please tell me more, dau age, etc. let me know. danny.

    7.  The next day, SA Amstone acting in an undercover capacity replied by writing that his daughter had rotten friends and reiterated that he was a single dad looking for a mature man to help his daughter grow up.  He finished by writing:

> Also, this is one of my fetishes.  How about you?

    8.  Soon thereafter, Afunguyinoc replied and wrote:

> looking for teen/preteen girls to teach/train how to satisfy a man. You can watch if you want. Let me know dau age, your loc, what limits there are, etc.  have had a lot of experience with girls those ages. do you want her to service you too? what does she look like?

9. I also reviewed a response to a grand jury subpoena served on AOL by SA Amstone, asking for all customer or subscriber account information for the e-mail address "Afunguyinoc@aol.com", in use on September 21, 2005, 16:45:22 EDT, a time listed on one of Afunguyinoc's e-mails. AOL provided the following information:

```
Subscriber:      GREGORY McCABE
Screen names:    afunguyinoc, greggoryfrank69, fmccabe1921,
                 ochottiehere, wizzatpinball.
Phone number:    7149626159
Member since:   04/10/11
Billing info:    VISA, Gregory McCabe, card number:
                 4417124229981656, address 19002 Hamden Lane,
                 Huntington Beach, CA.
```

10. Between July 21, 2005 and January 9, 2006, approximately 120 e-mails were exchanged between MCCABE and either PI Amstone or myself acting in an undercover capacity, who McCABE thought to be the father of 14/15 year old "Cindi." I have reviewed the e-mail correspondence and several of the e-mails are detailed below:

7/22/2005, 3:57 EDT; from Afunguyinoc@aol.com:
let me know when all three of us can meet to begin. I will be in vegas from 24th till August 1st. Only thing not into here is scat (shit) and bloodletting. Danny.

7/22/2005, 7:34 EDT; from Afunguyinoc@aol.com:
hopefully getting together with friends 12yo dau 4 fun.

7/22/2005, 4:53 PDT; from dalbach@sbcglobal.net:
What do you mean... how did you arrange that - sounds like fun?

```
7/22/2005, 7:55 EDT; Afunguyinoc@aol.com:
while in vegas, getting with friends 12 yo dau.
Hopefully Sunday. She has had a crush on me. And since
mom/dad are swingers, I'm seeing how far I can get with
her.


7/22/2005, 8:02 EDT; Afunguyinoc@aol.com:
...what are you dau stats? age?


7/22/2005, 5:03 PDT; dalabach@sbcglobal.net:
I'm 40, she's 14. We're white. She has
brownish/blondish hair, skinny, very pretty.


7/22/2005, 8:05 EDT; Afunguyinoc@aol.com:
nice age. What have done with her? Would have to watch
you and her b4 I do anything.


7/22/2005, 5:07 PDT; dalbach@sbcglobal.net:
why?


7/22/2005, 8:09 EDT; Afunguyinoc@aol.com:
just being safe here. If you play with her b4 I do,
then I know all is ok. That's all.


7/23/2005, 3:44 PDT; dalbach@sbcglobal.net:
I'm still a little confused.  How does me playing with
her change anything?... what exactly would you be
willing to do with her?


7/23/2005, 7:00 EDT; Afunguyinoc@aol.com:
just worried being arrested is all. Didn't think you
would be jealous. Willing to do anything you'll allow
with her. Will do anything you want me to...


7/23/2005, 7:14 EDT; Afunguyinoc@aol.com:
```

-5-

...want to kiss, touch, do oral both ways, fuck her, start getting her stretched for anal, maybe introduce her to golden showers. Discipline by spanking or tying up hands/legs and blindfolding her and leaving her alone till she is willing to do as I ask.

7/23/2005, 7:00 EDT; Afunguyinoc@aol.com:
you can watch at first if you want. Might ask to be alone with her during sessions, it that's ok.

08/03/2005, 5:32 PDT; dalbach@sbcglobal.net:
How was Vegas? Any good stories. Did you end up hooking up with that couple and 12 year old?

08/03/2005, 8:34 EDT; Afunguyinoc@aol.com:
got to be alone with 12yo. She was an eager learner.

08/12/2005, 3:33 PDT; dalbach@sbcglobal.net:
I'm just trying to find out so I can tell her what to expect. It will be much more comfortable for her if she knows what is going to happen. If you just want to talk, that's fine, but if you expect to do more, that's fine as well but I need to prepare her. She's very new to this.

08/03/2005, 6:34 EDT; Afunguyinoc@aol.com:
prepare her to expect something to happen. Would like to see her undress for me in front of you and do a few things with her after. Would to things while in car too.

08/12/2005, 6:56 EDT; Afunguyinoc@aol.com:
Have her dress in skirt, blouse that buttons, no bra or panties. Want to watch her play with herself, suck you, suck me, me eating her, fucking her a few times and go from there. Prob play all night. Would like to be alone with her too for a day in motel close to you.

08/12/2005, 7:31 EDT; Afunguyinoc@aol.com:

-6-

```
Might need to be alone with her too after we meet she
gets nude.  Would like to be alone with her first time
I enter her.  Has she had anything/anyone in her yet?
Want to be the one that gets her cherry if that's still
possible.
```

8/31/2005, 12:34 EDT; Afunguyinoc@aol.com:
Just seeing what's going on.  Let me know whether your still interested in letting Cindy be with me. Danny.

09/21/2005, 1:19 PDT; dalbach@sbcglobal.net:
She is a pretty girl - takes after me. HA HA! She's 14, will be 15 in November.  How old does she look?  Are you still interested?  I'm recovering from my injuries a little slower than expected, but I'm still game if u are?

09/21/2005, 4:23 EDT; Afunguyinoc@aol.com:
Like 16/17.  I'm definitely still interested.  Just trying to figure out what panties I want 4 her to wear. Wish you had another pic of her to see.

09/21/2005, 4:23 EDT; Afunguyinoc@aol.com:
Need to know when she's having her period, so I can plan around it.  Don't play during that time, don't want to get her pregnant.

(In response to an earlier e-mail, MCCABE described himself in the following e-mail:

Afunguyinoc@aol.com - "no pic.  39w/m 7 thick uncut inches 4 her.  Brn hair/eyes/like doing most things, except skydiving/bungee jumping.")

09/21/2005, 4:45 EDT; Afunguyinoc@aol.com:
Kool.  You putting her on pill?  Not looking to pay child support if I get her pregnant.

10/29/2005, 2:57 EST; Afunguyinoc@aol.com:
Been busy here with family problems. Haven't had time to email till now. If still interested in meeting, let me know. Would like to set up day time. Have Cindy's panties I bought here. Would rather just bring them to meting, it that's ok. Let me know.

12/03/2005, 2:31 EST; Afunguyinoc@aol.com:
When will you both be able to meet/play? I'll be busy till the 18th of Dec, after that free to meet. Would be nice to meet/play while she's on xmas break from school. Please let me know what's going on.

12/27/2005, 4:31 EST; Afunguyinoc@aol.com:
THE PANTIES ARE EDIBLE AND WOULD PREFER SHE PUT THEM ON BEFORE WE PLAY. Would like to meet somewhere close to house in public, with Cindi in short skirt with no panties if possible. Figured we'd go back to your house and have some fun together b4 being alone with Cindi. Would love to take Cindi with me for a few days so we can spend some time alone, getting to know each other better.

12/29/2005, 12:12 EST; Afunguyinoc@aol.com:
hotel is fine. would like cindi to go there with me after we meet if that's ok. when are you free of relatives? when good 4 you?

12/29/2005, 4:54 PST;   dalbach@sbcglobal.net:
I often work in long beach - that would be easy for us. unfortunately, cindi is spending time with her mom before school starts. is the 10th or 11th of jan OK?

12/29/2005, 7:57 EST;   Afunguyinoc@aol.com:

10th or and 11th work. we can meet in long beach if that's easier for you

12/29/2005, 9:03 EST;   Afunguyinoc@aol.com:
just planning on taking her to motel/hotel in oc area to be alone with her so we have lots of time to get to know each other, play, teach her.only pain might be

-8-

temporary from trying things with her sexually. i will try to go slow/gently, so its enjoyable for her. i had blood/urine tests for all std's and came back 100% clean. have not had sex since with anyone besides my right hand. would prefer to cum in her, so she can feel what its like , and also itwill be more pleasureable for us both. maybe i'll take her shopping for sexy lingerie, watch her put it on in store in dressing room. has she done anything with anybody b4? girl or guy?

is it ok that you watch us when i bring her back? i'm sure she will have something she wants to show you.

12/29/2005, 10:11 EST; Afunguyinoc@aol.com:
yes i can bring results with me to prove i'm clean, if that's what its takes to cum in her. what type gift would she like? i'm sure i'll be able to figure out something from our 2 days together, need ideas just in case. if she's still virgin/ hymen intact, definitely want to be alone with her 1st time i enter her. want it to be memorable, enjoyable, w/o her seeing you watching her first time. if all goes well on these 2 days with cindi, would like to set up something on reg basis to see her. i will always treat her right and keep her safe, wherever/whatever we do together.

12/30/2005, 8:48 EST; Afunguyinoc@aol.com:
not an inconvenience at all to show you results. will take her to buy stuff to wear so both happy with clothes. i thought you had said earlier that she was ok with this.she has known for a long time this would happen. i think it best that her 1st experience being with a man be w/o you there. there will be nothing scary or weird going on with her. just me showing/teaching her ways to have pleasure. she can write to me. anything she asks has to be straight forward, not tip toeing around things.

1/9/2006, 4:48 EST: Afunguyinoc@aol.com:
i haven't been able to write as phone line problems. still have dial-up here. dampness screwing with 45 yr old copper lines, shorting them out .i thought i was gonna talk to cindi more over weekend. would rather meet in big open parking lot somewhere 1st,have cindi get in my car, then go to motel after meet. still a bit concerned of some form of law enforcement being

involved. still want to meet tues. let me know. tel company to be here today to try to fix again. hopefully it'll work this time. 3rd time here since xmas. i just need some assurances, i'm not going to jail tues.

1/9/2006, 6:39 EST; Afunguyinoc@aol.com:
haven't told anyone about this. just worried. i'm not with any law enforcement agency, need to know you arent . cindis pic is nice, but clothes in pic are like what an explorer scout for p.d. wears here in oc area. not in mood to go to jail.

1/9/2006, 3:48 PST; dalbach@sbcglobal.net:
You know what, now I'm a little worried too. What's an explorer scout? How do you know what police officers wear in pictures? that's a school pic of cindi. Think we should call it off? I know I'm NO cop can you prove you're not?

11. Between January 5, 2006 and January 9, 2006, e-mails were exchanged between MCCABE and myself acting in an undercover capacity as 14/15 year old "Cindi" using the e-mail address shininXbrite09@yahoo.com. Several of the e-mails, or portions thereof, are detailed below:

1/5/2006, 5:11 PST; shininXbrite09@yahoo.com
Hi danny. My dad said I could rite u and I shouldn't be shy. He said u r goin to like teach me about sex J. I herd it hurts a lot L. Can you make it so it doesn't so much. I also herd people can tell just by looking at me I'm not a virgin. I haven't done much before, what r u goin to teach me? Cindi.

1/5/2006, 9:25 EST; Afunguyinoc@aol.com
Hi Cindi. Please tell me all that you have done sexually with anyone, male or female. Also, what have you done alone by yourself? This will help tremendously in knowing where to go with teaching when we meet.

1/6/2006, 3:25 PST; shininXbrite09@yahoo.com:

-10-

Hi danny.  I've never had sex before but I've givin a bj.  I played with myself a bunch of tims but I don't think I ever cummed.  I want to have sex but I'm still afraid it is goin to hurt.  I don't know what my dad told u but I don't have boobs like a lot of other girls in my class.  I just don't want u 2 laff at me.

1/6/2006, 6:38 EST; Afunguyinoc@aol.com:
Hi Cindi.  I would never laugh at you because of your body.  I prefer small over big.  I think they are more sexy.  Did you like giving bj?  What happened when guy came?  While touching yourself, other than time during your period, have you bled at all?  If you still have hymen, it may hurt 4 a sec when that breaks, if any pain at all.  Any thing we do will be as pleasurable as possible, with very little or no pain at all.  What size bra do you wear?  Who did you give bj to?  What things have you thought about trying with a guy or girl?  Do you like to kiss?

1/6/2006, 4:08 PST; shininXbrite09@yahoo.com:
Hi Danny.  I'm glad you like small cause that's me!  Noone has ever called me sexy b4.  The guy I gave the bj 2 is a really cute junior.  He didn't really tell me what to do but he liked it.  I didn't let him do it in my mouth though.  I wear a 30a bra.  I've thought about having sex a lot b4 but never with a girl.  Yes I like to kiss.  What do you like?

1/6/2006, 7:25 EST; Afunguyinoc@aol.com:
Givin bj to the junior, if he didn't do it in your mouth, then where?  What have you done with dad?  He said you did some things with him?  It's ok to do things with him, in my opinion.  I like to hold, kiss for a long time, cuddle, touch, please my partner.  Are you still virgin/cherry?  Ever bleed b4 from anything other than your period?  You can ask me anything to calm yourself.

1/6/2006, 5:01 PST; shininXbrite09@yahoo.com:
He came in a towel.  My dad I have kissed and I've touched his thing.  I've only ever bled at my period.  Will I bleed a lot?

1/6/2006, 8:07 EST; Afunguyinoc@aol.com:

-11-

Every girl is different, never seen a lot, so don't be worried. Did you just touch, or did you continue till dad came too? Like I said earlier, what you both do together is ok with me.

1/6/2006, 8:13 EST; Afunguyinoc@aol.com:
Dad said that you and I can be together for two days. I hope you're ok with that. All we will be doing is being together having fun. Dad said I can bring you back to him on 12th. Anything you want to show him you learned while away? Danny.

1/6/2006, 5:17 PST; shininXbrite09@yahoo.com:
I'm not that worried about it. I never went that far with my dad, I think he would do it 2 himself. R u goin to tell me what to do when we're together? I've seen some stuff on tv and at the movies.

1/6/2006, 8:27 EST; Afunguyinoc@aol.com:
When together gonna to do things only after we have spent a good deal of time together getting comfy with each other. From there we'll just see what happens. Like I've said it will be very pleasurable time.

1/6/2006, 5:30 PST; shininXbrite@aol.com:
Where are we goin to go? What kind of things r u goin to teach me. I'm not sure I'll want to do that with my dad. Do you have a daughter?

1/6/2006, 8:35 EST; Afunguyinoc@aol.com:
I'm single, no kids. Since we are meeting in Long Beach, I figure that we will be in a motel/hotel room somewhere in the area gonna teach how to please, be pleased. You'll need to bring a few days worth of clothing, including stuff to wear at night if we go out to stay warm."

1/9/2006, 10:07 EST;  Afunguyinoc@aol.com:
yes i did.for our meeting tomorrow, i would like you to wear panties from tonight till we meet. i would like you to give them to me, so i have something to remember our time together. want them to have your scent in them. if you could masturbate with them on, an d wear them till we meet great. let me know. have you any questions 4 me? thoughts on doing things? remember to

bring clothes to go out in during our time together, along with warm clothes for at night.

1/9/2006, 7:15 PST;  shininXbrite@aol.com:
ok. that sounds a little weird, but i don't care ;) my dad said i wasnt suposed to wear any underwear tomorrow. Should i have them off when i get there? is my dad goin to be there when we do it? should i bring nice clothes to? my dad said you lived in the OC. R u goin to take me down there- all my friends watch that show?

1/9/2006, 10:41 EST;  Afunguyinoc@aol.com:
NEVERMIND ABOUT THE panties. we should have time to do that while together.
do you want him there your 1st time? i thought it be better for him not to be. just bring clothes to wear. not going anyplace fancy, just want you to have things to change into, whether warm or cold i'm sure we'll see some of oc "THE OC" doesn't exist. lol

12.   During the e-mail correspondence, McCABE indicated that he wanted to meet the father and "Cindi" on January 10 or 11, 2006.  A meeting was scheduled for January 10, 2006.

13.   In an effort to avoid law enforcement detection, McCABE changed the location of the meeting twice and conducted counter-surveillance around the meeting.

14.   The meeting was ultimately scheduled to occur at 3:00 p.m. at the Comfort Inn, located at 3201 Pacific Coast Highway, Long Beach, CA.

15.   On January 10, 2006, I spoke with SA Monica Cardenas who advised me that she surveilled McCABE at his residence at

approximately 2:30 p.m. and watched him leave his residence in a blue Dodge Shadow convertible.

16. On January 10, 2006, I spoke with SA Chris Kontis who advised me that at approximately 3:10 p.m., he observed McCABE driving a blue Dodge vehicle driving westbound on Pacific Coast Highway in the direction of the hotel.

17. On January 10, 2006, I heard from other members of the surveillance team over the radio and I saw myself that McCABE was driving around the hotel in circles apparently in an effort to conduct counter-surveillance.

18. SA Brian Riley advised me that at approximately 3:20 p.m. on that date, he observed McCABE park his vehicle on the east side of the Comfort Inn parking lot.

19. SA Brian Riley further advised me that at approximately 3:30 p.m., he observed the two decoy officers arrive at the Comfort Inn hotel and watched them park on the west side of the parking lot. SA Brian Riley further observed McCABE immediately drive from the east side past their car on the west side. At this point, SA Brad Howard who was posing as the decoy father was standing outside of the car. SA Riley observed McCABE drive past him, look into the car to confirm that a female was there, then backed up his car, parked, exited his vehicle and approached SA Howard.

20.  SA Howard advised me that upon seeing McCABE approach him, SA Howard asked, "Danny?" (McCABE's fictitious name from the e-mails) and McCABE stated "Hi Dean" (the fictitious name given to the undercover persona of the father).  The two shook hands and which point, defendant was arrested.

20.  SA David Kinkaid advised me that as he approached McCABE to arrest him, McCABE made the spontaneous statement to the effect that all he had done was answer an advertisement on Craig's List.

21.  During one of the e-mails, McCABE advised that he would bring a copy of his STD screening test to demonstrate that he did not have any sexually transmitted diseases.  A copy of that test result was found in McCABE's wallet on his person after the arrest.

22.  On January 10, 2006, SA Cardenas and others executed a search warrant at McCABE's residence.  Among a computer and other items found, SA Cardenas advised me that agents had found edible underwear, as described by McCABE in an e-mail.

23.  On January 10, 2006, I conducted an interview of McCABE.  McCABE was read his Miranda rights and he signed a written waiver form.  McCABE admitted to me that he intended on having sex with "Cindi" following their meeting at the hotel. McCABE further admitted that he intended to keep her for two days

and teach her to perform oral copulation on him and educate her on how to have sexual intercourse. McCABE further admitted that he used the e-mail address "afunguyinoc@aol.com" to communicate with both the father and "Cindi." McCABE further recounted specific details from the e-mails of both the father and "Cindi." McCABE stated that he believed "Cindi" was 14 years old and when he saw the decoy, he believed that was "Cindi." McCabe further stated that had he not seen "Cindi" in the vehicle, he would have immediately driven away for fear of law enforcement apprehension, but upon seeing her, believed that he was actually going to meet "Cindi." McCabe also provided a written statement admitting some of the above information.

    24.   I am informed and believe that all communications using the AOL service provider travel in interstate commerce outside of California. Therefore, by using the e-mail address "afunguyinoc@aol.com", the e-mails traveled in interstate commerce.

## III. CONCLUSION

25. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that GREGORY FRANCIS McCABE has committed a violation of 18 U.S.C. §2422(b).

_____
Special Agent D. B. Finta
Federal Bureau of Investigation

Subscribed and sworn to before me
This 11th day of January, 2006.

UNITED STATES MAGISTRATE JUDGE